```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 26892
  DINO SIMPSON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
             Debtor
   SSN XXX-XX-6306

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/20/2004 and was confirmed 12/02/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 09/10/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                            PAID        PAID
--------------------------------------------------------------------------
TATE & KIRLIN              NOTICE ONLY    NOT FILED         .00          .00
COUNTRYWIDE HOME LOANS ^   CURRENT MORTG       .00          .00          .00
COUNTRYWIDE HOME LOANS ^   MORTGAGE ARRE  10603.42          .00     10603.42
RADIO SHACK                UNSECURED     NOT FILED          .00          .00
CHASE CARD SERVICES        UNSECURED       512.32           .00       512.32
CITY OF CHICAGO WATER DE   UNSECURED     NOT FILED          .00          .00
COMMONWEALTH EDISON        UNSECURED     NOT FILED          .00          .00
LAMONT C STRONG            DEBTOR ATTY        .00                        .00
TOM VAUGHN                 TRUSTEE                                    638.12
DEBTOR REFUND              REFUND                                     146.14

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              11,900.00

PRIORITY                                            .00
SECURED                                       10,603.42
UNSECURED                                        512.32
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                             638.12
DEBTOR REFUND                                    146.14
                    ---------------          ---------------
TOTALS               11,900.00                11,900.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 26892 DINO SIMPSON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                                  /s/ Tom Vaughn

Dated: 12/27/07                     _____
                                             TOM VAUGHN
                                             CHAPTER 13 TRUSTEE